UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD DWIGHT REEVES, | ) | Case No. CV 12-4117 RGK(JC) |
| Petitioner, | ) | ~~(PROPOSED)~~ |
| v. | ) | JUDGMENT |
| M.D. BITER, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied as time-barred and this action is dismissed with prejudice.

DATED: May 15, 2015

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE